**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ASENCIO & ALICIA SALAZAR
v.
ARGENT MORTGAGE COMPANY, LLC and
DEUTSCHE BANK NATIONAL TRUST COMPANY

Case Number:
FILED: JULY 8, 2008
08CV3875
JUDGE KOCORAS
MAGISTRATE JUDGE KEYS
TG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ASENCIO & ALICIA SALAZAR

| |
|---|
| NAME (Type or print)<br>Daniel M. Harris |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Daniel M. Harris |
| FIRM<br>The Law Offices of Daniel Harris |
| STREET ADDRESS<br>150 N. Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1134345 | TELEPHONE NUMBER<br>312-960-1802 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐