# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ASENCIO & ALICIA SALAZAR <br> v. <br> ARGENT MORTGAGE COMPANY, LLC and <br> DEUTSCHE BANK NATIONAL TRUST COMPANY | FILED: JULY 8, 2008 <br> 08CV3875 <br> JUDGE KOCORAS <br> MAGISTRATE JUDGE KEYS <br> TG |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ASENCIO & ALICIA SALAZAR

| |
|---|
| NAME (Type or print) <br> Anthony Valach |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Anthony Valach |
| FIRM <br> The Law Offices of Daniel Harris |
| STREET ADDRESS <br> 150 N. Wacker Drive, Suite 3000 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285229 | TELEPHONE NUMBER <br> 312-960-1803 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐