IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASENCIO and ALICIA SALAZAR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 3875 |
| | ) | |
| ARGENT MORTGAGE COMPANY, LLC and DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) | Judge Kocoras |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' (AGREED) MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' COMPLAINT**

Defendants Argent Mortgage Company, LLC and Deutsche Bank National Trust Company ("Defendants"), by their attorneys, move, with the agreement of Plaintiffs, for an extension of time to file their responsive pleadings to Plaintiffs' complaint. In support of their motion, Defendants state as follows:

1. There is pending in the U.S. District Court for the Northern District of Illinois the MDL litigation, <u>In re Ameriquest Mortgage Co., Mortgage Lending Practices Litigation</u>, MDL Docket No. 1715, Lead Case No. 05 C 7097 (Aspen, J.) ("Ameriquest/Argent MDL Litigation"). The Ameriquest MDL Litigation includes challenges to loans originated by Ameriquest Mortgage Company and Argent Mortgage Company, LLC.

2. Coincident with filing Defendants' present motion for extension of time, Defendants are filing Defendants' motion for reassignment of related action, requesting the reassignment of this lawsuit to the Ameriquest/Argent MDL Litigation. Plaintiffs agree to this reassignment. The parties fully expect Judge Aspen to grant Defendants' motion for reassignment. Judge Aspen has reassigned hundreds of other lawsuits to the Ameriquest/Argent MDL Litigation similarly challenging Argent Mortgage Company, LLC-originated loans.

3. Accordingly, Defendants request a 30-day extension of time (after Judge Aspen rules on Defendants' motion for reassignment) to file their responsive pleadings to Plaintiffs' complaint (presumably, within the Ameriquest/Argent MDL Litigation). Plaintiffs agree to this present request.

**WHEREFORE**, Defendants Argent Mortgage Company, LLC and Deutsche Bank National Trust Company, respectfully request a 30-day extension of time (after Judge Aspen rules on Defendants' motion for reassignment), to file their responsive pleadings to Plaintiffs' complaint.

Dated: July 23, 2008　　　　　　　　　　ARGENT MORTGAGE COMPANY, LLC and
　　　　　　　　　　　　　　　　　　　　DEUTSCHE BANK NATIONAL TRUST
　　　　　　　　　　　　　　　　　　　　COMPANY, Defendants


　　　　　　　　　　　　　　　　　　　　By: s/   Jonathan N. Ledsky
　　　　　　　　　　　　　　　　　　　　　　One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue - Suite 350
Chicago, Illinois   60604
(312) 341-9400

## **CERTIFICATE OF SERVICE**

I, Jonathan N. Ledsky, an attorney, hereby certify that a true and correct copy of the foregoing **Defendants' (Agreed) Motion for Extension of Time to File Responsive Pleadings to Plaintiffs' Complaint** was served electronically via CM/ECF e-Filing upon:

**Daniel Mark Harris (lawofficedh@yahoo.com)**

**Anthony P. Valach, Jr. (anthonyvalach@sbcglobal.net)**

this 23rd day of July, 2008.

s/Jonathan N. Ledsky

3