IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASENCIO and ALICIA SALAZAR, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08 C 3875 |
| | ) | |
| ARGENT MORTGAGE COMPANY, LLC and DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) | Judge Kocoras |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Daniel Mark Harris
       The Law Offices of Daniel Harris
       150 North Wacker Drive
       Suite 3025
       Chicago, Illinois  60606

   PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Charles P. Kocoras, or any judge sitting in his stead in Room 1725 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Tuesday, July 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard and then and there present the attached **Defendants' (Agreed) Motion For Extension of Time to File Responsive Pleadings to Plaintiffs' Complaint**, a copy of which was previously served upon you.

Dated:  July 23, 2008                                      ARGENT MORTGAGE COMPANY, LLC and
                                                           DEUTSCHE BANK NATIONAL TRUST
                                                           COMPANY, Defendants


                                                           By: s/   Jonathan N. Ledsky
                                                                   One of their Attorneys

Craig A. Varga
Jonathan N. Ledsky
Scott J. Helfand
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue - Suite 350
Chicago, Illinois   60604
(312) 341-9400

## CERTIFICATE OF SERVICE

I, Jonathan N. Ledsky, an attorney, hereby certify that a true and correct copy of the foregoing **Notice of Motion** was served electronically via CM/ECF e-Filing upon:

**Anthony P. Valach, Jr. (anthonyvalach@sbcglobal.net)**

**Daniel Mark Harris (lawofficedh@yahoo.com)**

this 23rd day of July, 2008.

                                                           s/Jonathan N. Ledsky

2