UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Asencio Salazar, et al.
                                    Plaintiff,

v.                                                    Case No.: 1:08−cv−03875
                                                      Honorable Charles P. Kocoras

Argent Mortgage Company, LLC, et al.
                                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, July 28, 2008:

    MINUTE entry before the Honorable Charles P. Kocoras:Defendants' agreed motion [11] for an extension of time to answer or otherwise plead 30 days after Judge Aspen rules on defendants' motion for reassignment in 05 C 7097, is granted. Hearing on said motion, set for 7/29/2008, is stricken. Judge Aspen having ruled on defendants' motion for reassignment on 7/24/2008, defendants time to answer or otherwise plead in this case, 08 C 3875, is 8/25/2008.Mailed notice(sct, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.