# United States District Court
# Northern District of Illinois

MHN

In the Matter of

Ascencion and Alicia Salazar

v.

Argent Mortgage, et al

Case No. 08 C 3875

Designated Magistrate Judge
~~Martin C. Ashman~~ Keys

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Charles P. Kocoras** to be related to MDL-1715 (05C7097), which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Marvin Aspen

Dated: July 25, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Marvin Aspen**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: JUL 2 8 2008

Finding of Relatedness (Rev. 9/99)